IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL DEMETRIS BOLTON, | ) |
| Movant, | ) |
| v. | ) CR 03-J-317-S |
| | ) CV 04-J-8040-S |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on September 7, 2007 recommending that the § 2255 motion for an out-of-time appeal be DENIED. The parties were directed to 28 U.S.C. § 636(b) and Rule 72, *Federal Rules of Civil Procedure*. An extension to file objections was granted until October 1. Bolton filed objections on October 1, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's findings and recommendation and Bolton's objections thereto, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the § 2255 motion for an out-of-time appeal is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 2nd day of October, 2007.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE